**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PENSION FUND OF CEMENT MASONS' UNION LOCAL NO. 502; CEMENT MASONS' INSTITUTE LOCAL 502 WELFARE TRUST FUND; CEMENT MASONS LOCAL 502 AND PLASTERERS AREA 5 ANNUITY FUND; CEMENT MASONS' LOCAL NO. 502 RETIREE WELFARE FUND; CEMENT MASONS' LOCAL UNION NO. 502 SAVINGS FUND; the CEMENT MASONS UNION LOCAL NO. 502 APPRENTICESHIP AND TRAINING FUND; OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSOCIATION (OPCMIA) NORTHERN ILLINOIS DISTRICT COUNCIL LABOR MANAGEMENT COOPERATION TRUST; and the CEMENT MASONS' UNION LOCAL NO. 502 PLASTERERS AREA 5, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 23-cv-2315<br><br>JUDGE: LEINENWEBER<br><br>MAG. JUDGE: VALDEZ |
| Plaintiffs, ) ) ) | |
| vs. ) ) | |
| M2 CONSTRUCTION, INC., an Illinois corporation, and RAMON CALDERON, an individual ) ) ) | |
| Defendants. ) | |

**DEFAULT JUDGEMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Default Judgment against Defendant M2 CONSTRUCTION, INC. only, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Default Judgment is hereby entered in favor of Plaintiffs, the PENSION FUND OF CEMENT MASONS' UNION LOCAL NO. 502, *et al.,* and against Defendant M2 CONSTRUCTION, INC., in the aggregate amount of $20,418.89, which is itemized as follows:

    A.    $9,906.94 in unpaid contributions and union dues for work performed in the months of October 2022 and November 2022;

    B.    $1,486.07 for liquidated damages resulting from its nonpayment of contributions and union dues for the months of October 2022 and November 2022; and

    C.    $9,025.88 in reasonable attorney's fees and costs incurred by Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements, and 29 U.S.C. § 1132(g)(2)(D).

2. Plaintiffs are entitled to any other relief that this Court deems to be just and equitable all at the cost of Defendant M2 CONSTRUCTION, INC. pursuant to 29 U.S.C. § 1132(g)(2)(E).

3. The case remains open as the Complaint contains a count against another Defendant, RAMON CALDERON, who the Plaintiffs have been unable serve as of the date of their Motion.

DATED: July 27, 2023

_____
Harry D. Leinenweber
United States District Judge